IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY McCOY                                                                                           PETITIONER
REG. #11009-042

V.                                          NO.  2:06CV00041 JMM

LINDA SANDERS, Warden,                                                                           RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this   13   day of  April , 2006.

_____
UNITED STATES DISTRICT JUDGE