IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY McCOY                                                                                    PETITIONER
REG. #11009-042

V.                                    NO.  2:06CV00041 JMM

LINDA SANDERS, Warden,                                                                RESPONDENT
FCI, Forrest City, AR


JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this   13   day of  April , 2006.


UNITED STATES DISTRICT JUDGE